UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IHAB MOUNIR AHMED,

               Plaintiff,                       **ECF CASE**

     v.

                                                          07 Civ. 5895 (GAY)

ANDREA QUARANTILLO, et al.

               Defendants.               NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         July 10, 2007

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                   By:    /s/_____
                                                     PIERRE G. ARMAND
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2724
                                                     Facsimile: (212) 637-2750
                                                     Email: pierre.armand@usdoj.gov

TO:    Naresh M. Gehi, Esq.
        118-21 Queens Blvd. Suite 411
        Forest Hills, NY 11375