*Robinson, J*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: PIERRE G. ARMAND (PA-3434)
Special Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2724
Fax. No.: (212) 637-2730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IHAB MOUNIR AHMED,

                Plaintiff,

- v. -

ANDREA QUARANTILLO, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

07 Civ. 5895 (GAY)

    WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

    IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
         August 6, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
PIERRE G. ARMAND (PA-3434)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2724
Fax. No.: (212) 637-2730

*Case Closed*

Dated: New York, New York
August 6th, 2007

NARESH M. GEHI, ESQ.
Attorney for Plaintiff
118-21 Queens Blvd., Suite 411
New York, New York 10007
Tel. No.: (718) 263-5999
Fax No.: (718) 263-1685

SO ORDERED:

~~HON. GEORGE A. YANTHIS~~ STEPHEN C. ROBINSON
UNITED STATES ~~MAGISTRATE~~ JUDGE
  DISTRICT

- 2 -